# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                          NO. 4:16cr00253-01 JM

JIMMIE DALE CLEAVER, JR.                                                                    DEFENDANT

## ORDER

Pending before the Court is the government's motion for revocation of supervised release of defendant Jimmie Dale Cleaver, Jr. (Docket Entry #3). The government has also requested that a summons be issued for defendant.

IT IS HEREBY ORDERED that a hearing on the government's motion to revoke is scheduled for **THURSDAY, JANUARY 18, 2018, at 9:30 A.M.**, in Courtroom #4-A, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why defendant's supervised release should not be revoked.

The request for issuance of summons is granted. The Clerk of Court is directed to issue a summons for defendant **JIMMIE DALE CLEAVER, JR.** and deliver to the United States Marshal for service.

Assistant Federal Public Defender Nicole Lybrand is hereby appointed to represent defendant during revocation proceedings.

IT IS SO ORDERED this 29th day of December, 2017.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE